IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00060-WYD-MJW

VICTORIA L. THOMAS,

    Plaintiff(s),

v.

COLLECTCORP CORPORATION, a Delaware corporation,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss With Prejudice.  Having reviewed the file in this case and the Motion, which advises that the parties have settled this case, it is hereby

ORDERED that the Unopposed Motion to Dismiss With Prejudice, filed March 1, 2006, is **GRANTED**.  It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

    Dated:  March 1, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge